Richard Sturdevant, SBN 269088
Financial Relief Law Center
1200 Main St. Ste G
Irvine, CA 92614
Telephone: 714-442-3335
Fax: 714-361-5376
rich@bwlawcenter.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>ALESHA DENTONI,<br><br>                 Debtor. | Case No. 14-30576-HLB<br><br>Chapter 13<br><br>**DEBTOR'S *EX PARTE* MOTION TO DISMISS CASE** |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE; THE CHAPTER 13 TRUSTEE; THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

      Pursuant to 11 U.S.C. §1307, Debtor Alesha Dentoni requests that this court enter an Order dismissing this case.

      WHEREFORE, Debtor prays for an Order Dismissing this case.

Dated: December 28, 2018                     Respectfully Submitted,

                                             FINANCIAL RELIEF LAW CENTER

                                             /s/ Richard Sturdevant
                                             Richard Sturdevant
                                             Attorney for Debtor(s)